**Opinion issued October 23, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-01015-CV

———————————

## MILLARD INTEREST, INC., Appellant

## V.

## J&A LEISURE, LTD, D/B/A MASSAGE ENVY-MEYERLAND, CJ'S PLACE, LLC, JERALD HENRY AND ANGELA HENRY, Appellees

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 994127

## MEMORANDUM OPINION

The parties have filed an "Agreed Motion to Withdraw Opinion, Set Aside the Trial Court's Judgment, and Remand the Case to the Trial Court for Entry of a Take-Nothing Judgment," representing that they have settled the claims at issue and no longer wish to pursue their litigation. In accordance with their settlement

agreement, they request that we grant their motion; withdraw our opinion of May 8, 2014; reverse, set aside, and vacate the trial court's final judgment without regard to the merits; and remand the case to the trial court for rendition of a take-nothing judgment. *See* TEX. R. APP. P. 42.1(a)(2)(B), (c).

We grant the parties' request to remand, and we remand this case to the trial court for entry of judgment consistent with the parties' settlement. *See* TEX. R. APP. P. 42.1(a)(2)(B). However, we deny their request to withdraw our May 8, 2014, opinion, and we do not withdraw that opinion. *See* TEX. R. APP. P. 42.1(c).


PER CURIAM

Panel consists of Justices Jennings, Sharp, and Brown.